IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01812-MSK-KMT


TERRY VARGAS,

     Plaintiff,

v.

CENTURA HEALTH CORPORATION,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant


Defendant's "Unopposed Motion to Vacate Settlement Conference" (#21, filed July 16, 2008) is **GRANTED.** The Settlement Conference set for August 6, 2008 is **VACATED**. A Status Conference is set for **October 7, 2008 at 9:15 a.m.**


Dated: July 25, 2008