IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01812-MSK-KMT

TERRY VARGAS,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Defendant's Unopposed Motion to Amend Answer to Add Affirmative Defense" (#23, filed July 17, 2008) is GRANTED. The Clerk of Court is directed to file the "Amendment to Answer" now attached to Doc. No. 23 as Doc. No. 23-2.

Dated: August 6, 2008