IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01812-MSK-KMT

TERRY VARGAS,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION,

    Defendant.

## ORDER

This matter is before the court on "Unopposed Motion to Vacate and Reschedule October 7, 2008 Settlement Conference" [Doc. No. 29, filed July 28, 2008].

The court notes that a settlement conference is not set for October 7, 2008 at 9:15 a.m. This setting is for a status conference which was set when the defendant moved to vacate the previously scheduled settlement conference. [Doc. No. 21; Order Doc. No. 25].

It is hereby **ORDERED**

1. Plaintiff's Unopposed Motion to Vacate and Reschedule October 7, 2008 Settlement Conference [Doc. No. 29] is GRANTED to the extent the court will VACATE the status conference currently set for October 7, 2008 at 9:15 a.m.

2. The parties are ORDERED to place a conference call to chambers on or before August 12, 2008 for the purpose of re-scheduling a settlement conference in this matter. Lead

counsel for both parties will be on the conference call with their calendars in order to schedule the matter on the court's calendar.

Dated this 6th day of August, 2008

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge