IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01812–PAB–KMT

TERRY VARGAS,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Production of Documents" (#85, filed April 27, 2009) is DENIED for failure to confer as is required under D.C.Colo.LCivR 7.1A and Fed. R. Civ. Pro. 37.

Dated: April 28, 2009