IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01812–PAB–KMT

TERRY VARGAS,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion to Reconsider" (Doc. No. 88, filed April 29, 2009) is DENIED. The court previously denied Plaintiff's motion for production of documents for failure to confer as is required by local rule 7.1A and Fed. R. Civ. P. 37. (Doc. No. 87.) Plaintiff now seeks reconsideration of the court's order. However, Plaintiff has failed to provide the court with copies of the relevant discovery requests and Defendant's responses. The court is unable to rule without reference to said documents.

Dated: May 12, 2009