IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01812–PAB–KMT

TERRY VARGAS,

    Plaintiff,

v.

CENTURA HEALTH CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Reconsider Ruling" (#91, filed May 19, 2009) is DENIED for failure to confer as is required by local rule 7.1A and Fed. R. Civ. P. 37 and for failure to provide a copy of, at least, the CD provided to Plaintiff in response to the request for production. Further motions filed by Plaintiff without following local rule 7.1A and Fed. R. Civ. P. 37 will be stricken.

Dated: May 21, 2009