IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01812–PAB–KMT

TERRY VARGAS,

     Plaintiff,

v.

CENTURA HEALTH CORPORATION,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Set Trial Date" (#94, filed June 25, 2009) is DENIED as premature in light of the pending Motion for Summary Judgment (#41, filed September 9, 2008). Moreover, Plaintiff failed to confer with defendant before filing his present motion. The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997). The court reminds Plaintiff of his duty to confer and cautions that future motions filed without conferring may be stricken.

Dated: June 29, 2009