# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: July 24, 2009
Time: 49 minutes

**CASE NO.   07-cv-01812-PAB-KMT**

<u>Parties</u>

**TERRY VARGAS,**

Plaintiff (s),

vs.

**CENTURA HEALTH CORPORATION,**

Defendant (s).

<u>Counsel</u>

Normando Pacheco

Mark Sabey
Richard D'Ambrosio

## MOTION HEARING

**8:07 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Terry Vargas is present.

**Defendant's Motion for Summary Judgment (Doc #41), filed 9/9/08.**

**8:08 a.m.**     Argument by Mr. Sabey.  Questions by the Court.

**8:29 a.m.**     Argument by Mr. Pacheco.  Questions by the Court.

Page Two
07-cv-01812-PAB-KMT
July 24, 2009

**8:50 a.m.**     Rebuttal argument by Mr. Sabey.

Documents numbered 31 through 36 used during plaintiff's deposition are tendered to the Court.

**ORDERED:**   Defendant's Motion for Summary Judgment (Doc #41), filed 9/9/08 is submitted and **TAKEN UNDER ADVISEMENT.**

**8:56 a.m.**     **COURT IN RECESS**

**Total in court time:**         49 minutes

**Hearing concluded**