**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks          Date: December 4, 2009
Court Reporter: Kara Spitler                              Time: 18 minutes

**CASE NO.   07-cv-01812-PAB-KMT**

<u>Parties</u>                                                            <u>Counsel</u>

**TERRY VARGAS,**                                        Normando Pacheco

           Plaintiff (s),

vs.

**CENTURA HEALTH CORPORATION,**          Mia Jaksic

           Defendant (s).

**MOTIONS HEARING**

**10:03 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Terry Vargas is present.

**Plaintiff's Motion to Withdraw as Attorney (Doc #118), filed 11/12/09.**

**10:06 a.m.**     Argument by Ms. Jaksic in opposition to the motion to withdraw.

**10:07 a.m.**     Comments by Mr. Pacheco.

Page Two
07-cv-01812-PAB-KMT
December 4, 2009

Court states its findings.

**ORDERED:** Plaintiff's Motion to Withdraw as Attorney (Doc #118), filed 11/12/09 is **GRANTED.**

**Plaintiff's Motion for Reconsideration of Ruling (Doc #102), filed 8/24/09.**

Court states its findings.

**ORDERED:** Plaintiff's Motion for Reconsideration of Ruling (Doc #102), filed 8/24/09 is **DENIED.**

**Plaintiff's Pro Se Motion to Reopen Case (Doc #111), filed 9/25/09.**

Court states its findings.

**ORDERED:** Plaintiff's Pro Se Motion to Reopen Case (Doc #111), filed 9/25/09 is **DENIED.**

**Plaintiff's Pro Se Request to Introduce Affidavit in Support of Plaintiff's Motion to Reconsider Ruling and Motion to Reopen (Doc #112), filed 10/1/09.**

Court states its findings.

**ORDERED:** Plaintiff's Pro Se Request to Introduce Affidavit in Support of Plaintiff's Motion to Reconsider Ruling and Motion to Reopen (Doc #112), filed 10/1/09 is **DENIED.**

**ORDERED:** Defendant's Motion to Clarify or, in the Alternative, Motion to Strike (Doc #113), filed 10/15/09 is **DENIED as MOOT.**

**ORDERED:** Plaintiff's Pro Se Motion for Extension of Time to File Response/Reply (Doc #108), filed 9/25/09 is **DENIED as MOOT.**

**ORDERED:** Show Cause Order is **DISCHARGED.**

**10:21 a.m.   COURT IN RECESS**

**Total in court time:        18 minutes**

**Hearing concluded**